# Court of Appeals
# of the State of Georgia

ATLANTA,  October 11, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0056.  JERRY LARRY COLLIER v. ECONOMY AUTO SALES, INC.**

Jerry Larry Collier brought a civil action against Economy Auto Sales, Inc. The trial court granted summary judgment to the defendant, and Collier filed this application for discretionary appeal.  Pursuant to OCGA § 9-11-56 (h), the grant of summary judgment is reviewable by direct appeal. *Whiddon v. Stargell*, 192 Ga. App. 826, 828 (386 SE2d 884) (1989).  Therefore, the order in this case is subject to direct appeal.

This Court will grant an otherwise timely discretionary application if the lower court's order is directly appealable and the applicant has not already filed a notice of appeal.  See OCGA § 5-6-35 (j).  Collier, however, has already filed a timely notice of appeal in the trial court, and the resulting appeal has been docketed here as A13A0309.  Accordingly, this application is superfluous and is hence DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 10/11/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*